*In re* JOSÉ A. DE LA TEXERA BARNES y JOSÉ G. MARRERO LUNA.

*Número:* CP-1995-15          *Resuelto:* 26 de octubre de 2005

## RESOLUCIÓN

Examinada la Moción Solicitando Reinstalación, se autoriza la reinstalación del Sr. José A. De la Texera Barnes al ejercicio de la abogacía, por haber cumplido el término de la suspensión decretada.

*Notifíquese por telefax y por la vía ordinaria.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Hernández Denton no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*